UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RANDY O'BRIEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) CASE NO. 1: 03-cv-0018-DFH-WTL | |
| INDIANA DEPARTMENT OF ) | |
| CORRECTION, by and through its ) | |
| Commissioner, Evelyn Ridley-Turner, ) | |
| and CRAIG A. HANKS, in his individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

FINAL JUDGMENT

The court has today granted defendants Indiana Department of Correction by and through its Commissioner, Evelyn Ridley-Turner, and Craig A. Hank's motion for summary judgment. IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that plaintiff Randy O'Brien take nothing by his complaint against defendants Indiana Department of Correction by and through its Commissioner, Evelyn Ridley-Turner, and Craig A. Hanks in his individual capacity, and that this action is hereby DISMISSED WITH PREJUDICE.

Date: June 28, 2006

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Laura Briggs, Clerk
United States District Court

*Linda S Carmichael*
―――――――――――――――――――
By:  Deputy Clerk

Copies to:

Donald G. Banta
INDIANA STATE ATTORNEY GENERAL
Donald.Banta@atg.in.gov

Caroline B. Briggs
Briggs Law Office
briggs.law@gte.net

John Kenneth Morris
MORRIS LAW FIRM
patent.lawyer@verizon.net

Todd A. Weaver
INDIANA STATE ATTORNEY GENERAL
Todd.Weaver@atg.in.gov